UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ASHLEY V. DAVID, et al.,

       Plaintiff(s),                         No. C 11-6320 PJH

    v.                                 **JUDGMENT**

GMAC MORTGAGE, et al.,

       Defendant(s).
_____/

    This action came on for hearing before the court and the issues having been duly heard and the court having granted defendant's motion to dismiss

    it is Ordered and Adjudged

    that the complaint is dismissed with prejudice.

    IT IS SO ORDERED.

Dated: March 13, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge